IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT F. MCCULLOUGH, JR., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | 1:16-cv-10554 |
| | ) | |
| MEDITE CANCER DIAGNOSTICS, INC., | ) | Magistrate-Judge Jeffrey T. Gilbert |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**FINAL JUDGMENT ORDER**

Pursuant to the stipulation of the Parties, the Court hereby enters final judgment in favor of Robert F. McCullough, Jr. and against Medite Cancer Diagnostics, Inc. in the amount of $950,000.00, inclusive of all costs and fees.

Dated: June 3, 2019

_____
Magistrate-Judge Jeffrey T. Gilbert